UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SARAH MUHAMMAD ALBURAKEH,

                            Plaintiff,

        -v-

JOHN ARMSTRONG ET AL.,

                            Defendants.

25 Civ. 2700

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      An initial pretrial conference was held telephonically in the above-captioned case on Tuesday, October 21, 2025, at 2:00 p.m. The parties jointly represented, and the Court agreed, that there was no cause to move forward with entry of a civil case management plan and scheduling order until the Court resolves the pending motion to dismiss, Dkts. 13–15, 17, 18. Should the Court resolve the motion to dismiss in a manner that requires moving forward with discovery, the parties shall file a case management plan and scheduling order prepared in accordance with the Court's Individual Rules, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer, within 14 days of the Court's decision regarding the motion to dismiss.

      SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: October 21, 2025
       New York, New York