**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SARAH MUHAMMAD ALBURAKEH,

               Plaintiff,

      -against-                                25 **CIVIL** 2700 (PAE)

                                                    **JUDGMENT**

JOHN ARMSTRONG and BRIAN HEATH,

               Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 1, 2025, the Court has granted the State Department's motion to dismiss under Rule 12(b)(6); accordingly, the case is closed.

**Dated:** New York, New York

      December 1, 2025

                                            **TAMMI M. HELLWIG**

                                     _____

                                            **Clerk of Court**

                      **BY:**            K. mango

                                            _____

                                              **Deputy Clerk**